| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | George K. Stewart <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8455 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Laura J. Stewart <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9103 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  14–33130–MBK | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George K. Stewart                                Laura J. Stewart

<u>4/11/18</u>                                   **By the court:** <u>Michael B. Kaplan</u>
                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-33130-MBK
George K. Stewart                                               Chapter 13
Laura J. Stewart
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Apr 11, 2018
                              Form ID: 3180W           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db/jdb         +George K. Stewart,    Laura J. Stewart,    1554 Forge Pond Road,    Brick, NJ 08724-2862
515610855      +Bayview Loan Servicing, LLC,    as servicer for M&T Bank,    c/o Schiller & Knapp, LLP,
                 30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
515170132     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,     300 St. Paul Place,    Baltimore, MD 21202)
515209603      #+JCP& L,   331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
515170133      +JCP&L,   P.O. Box 3687,    Akron, OH 44309-3687
515170136      +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
515170139      +Zucker Goldberg & Ackerman,    200 Sheffield Street, Ste. 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:38      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: jgoley@leadersfc.com Apr 12 2018 00:02:25      Leaders Financial Co.,
                 21 Commerce Drive,   Cranford, NJ 07016-3519
515270045       EDI: AIS.COM Apr 12 2018 03:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
515170131      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 12 2018 00:03:02
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,    Miami, FL 33146-1837
515378197       E-mail/Text: camanagement@mtb.com Apr 12 2018 00:02:24      Bayview Loan Servicing, LLC,
                 c/o M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
515170134      +E-mail/Text: jgoley@leadersfc.com Apr 12 2018 00:02:25      Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
515170135       E-mail/Text: camanagement@mtb.com Apr 12 2018 00:02:24      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
515170137      +EDI: RMSC.COM Apr 12 2018 03:28:00      Syncb/Care Credit,   PO Box 960061,
                 Orlando, FL 32896-0061
515170138      +EDI: VERIZONCOMB.COM Apr 12 2018 03:28:00      Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
aty*           +Zucker Goldberg & Ackerman,    200 Sheffield Street,   Suite 301,   Mountainside, NJ 07092-2315
lm*           ++M&T BANK,    LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    1 Fountain Plz., Buffalo, NY   14203)
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Apr 11, 2018
                              Form ID: 3180W            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Loss Mitigation    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Jaclyn Christine Clemmer    on behalf of Creditor    Bayview Loan Servicing, LLC
               jclemmer@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Co. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Lynn Therese Nolan    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for M&T Bank
               ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
              Lynn Therese Nolan    on behalf of Loss Mitigation    M&T Bank ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Michael E. Blaine    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for M&T Bank
               mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Laura J. Stewart bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor George K. Stewart bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 14
```