Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–33130–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George K. Stewart
1554 Forge Pond Road
Brick, NJ 08724

Laura J. Stewart
1554 Forge Pond Road
Brick, NJ 08724

Social Security No.:
  xxx–xx–8455                             xxx–xx–9103

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 11, 2018                Michael B. Kaplan
                                     Judge, United States Bankruptcy Court